# Court of Appeals
# of the State of Georgia

ATLANTA,  April 03, 2025

*The Court of Appeals hereby passes the following order:*

A25A1302. GOODWIN v. THE STATE.

James Goodwin filed a notice of appeal in this action, and the appeal was docketed on March 3, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Goodwin's brief was due no later than March 24, 2025. See OCGA § 1-3-1 (3) (providing that when the last day of a period of time measured in days falls on a weekend, the party shall have until the following Monday to meet the deadline). Goodwin, however, who is proceeding pro se, has neither filed a brief nor requested an extension of time in which to do so. Because Goodwin has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rule 23 (a).



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  04/03/2025
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.